1  GARY R. BASHAM (SBN 130119)
   ALDEN J. PARKER (SBN 196808)
2  JACKSON LEWIS LLP
   801 K Street, Suite 2300
3  Sacramento, California 95814
   Telephone: (916) 341-0404
4  Facsimile: (916) 341-0141

5  Attorneys for Defendant
   SUNRISE RECREATION & PARK DISTRICT
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | EDWARD KEMPER | Case No. CIV.S-05-1332 FCD GGH |
|---|---|---|
| 12 | Plaintiffs, | |
| 13 | v. | **SUBSTITUTION OF ATTORNEY** |
| 14 | SUNRISE RECREATION & PARK DISTRICT | |
| 15 | Defendant. | Complaint Filed:<br>Trial Date:       None Set |

16

17        SUNRISE RECREATION & PARK DISTRICT substitutes the law office of

18 Jackson Lewis LLP, 801 K Street, Suite 2300, Sacramento, California 95814, as its attorney of

19 record in place and stead of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite

20 230, Sacramento, California 95864-5923.

21        The undersigned consents to the above substitution.

22                                         LONGYEAR, O'DEA & LAVRA, LLP

23
   DATED: October 7, 2005         By: _____
24                                       Jeri L. Pappone

25  ////

26  ////

27  ////

28  ////

The undersigned accepts the above substitution.

JACKSON LEWIS LLP

DATED: October 13, 2005          By:  /s/ Alden J. Parker
                                      Alden J. Parker

**IT IS SO ORDERED.**

DATED: October 17, 2005          /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL JR.
                                 UNITED STATES DISTRICT JUDGE

H:\S\Sunrise Recreation & Park District\Kemper\Pleadings\pld 001 - sub of atty.doc