UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER,<br><br>             Plaintiff,<br><br>v.<br><br>SUNRISE RECREATION & PARK DISTRICT,<br><br>             Defendant. | Case No. CIV.S-05-1332 FCD GGH<br><br>**ORDER**<br><br>**"AS MODIFIED"**<br><br>Judge:     Hon. Frank C. Damrell, Jr.<br><br>Complaint Filed:         June 30, 2005<br>Trial Date:                   January 9, 2007 |

Having read the foregoing Stipulated Motion, and good cause appearing therefore,

IT IS ORDERED THAT the Status (Pretrial Scheduling) Order be amended as follows:

Non-expert discovery cut-off extended to **November 30, 2006**.

Expert Witness Disclosure deadline extended to **October 2, 2006**.

All Expert Discovery to be completed by **December 29, 2006**.

All dispositive motions to be heard no later than **March 9, 2007**.

Final Pretrial Conference set for **May 4, 2007 at 1:30 p.m**.

Trial set for **July 10, 2007** at **9:00 a.m.**


Dated:  February 9, 2006          /s/ Frank C. Damrell Jr.
                                                   FRANK C. DAMRELL, JR.

                                                   JUDGE OF THE UNITED STATES DISTRICT COURT

---

Stipulated Motion to Amend Status (Pretrial Scheduling) Order; Proposed Order Thereon
Case No. CIV.S-05-1332 FCD GGH

PDF created with pdfFactory trial version www.pdffactory.com