UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD KEMPER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUNRISE RECREATION & PARK DISTRICT,<br><br>　　　　　Defendant. | Case No. CIV.S-05-1332 FCD GGH<br><br><br>**FINAL ORDER** |

## **ORDER**

Having read the foregoing Joint Notice of Dismissal with Prejudice, and good cause appearing therefor, it is ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice. Each party to bear their own attorney's fees and costs.

Dated: June 29, 2006           /s/ Frank C. Damrell Jr.
                               JUDGE OF THE UNITED STATES DISTRICT COURT